IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. PEDICONE, III and HILMA L. PEDICONE, | § § § | No. 443, 2022 |
| Plaintiffs Below, Appellants, | § § § § | Court Below – the Superior Court of the State of Delaware |
| v. | § § | C.A. N17C-11-264 |
| THOMPSON/CENTER ARMS COMPANY, LLC, et al., | § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: June 7, 2023
Decided: July 17, 2023

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **O R D E R**

On this 17th day of July 2023, the Court having considered this matter after oral argument and on the briefs filed by the parties and having determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its ruling dated November 4, 2022.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice